

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com

**FASULO BRAVERMAN & DI MAGGIO, LLP**

ATTORNEYS AT LAW

<div style="color:blue">Application GRANTED. Sentencing is ADJOURNED to February 6, 2020, at 3:45 p.m. The Clerk of Court is directed to terminate Doc. #413.

SO ORDERED.

November 21, 2018</div>

November 20, 2019

The Honorable Jesse M. Furman
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:**  *United States v. Mors, et. al. (Vladislav Zapolskij)*
*Case No.: 16 Cr. 692*

Dear Judge Furman,

    I was assigned, pursuant to the Criminal Justice Act, to represent Vladislav Zapolskij in the above referenced matter. This case is scheduled for sentencing on December 12 however, for the reasons stated herein, I respectfully request an adjournment of the sentencing hearing to late January.

    Mr. Zapolskij does not read or speak English. Therefore, documents in this case have had to be translated. Presently, we await the translation of the first disclosure of the Pre-Sentence Interview, as well as translations of letters of support that we have received. In order to provide sufficient time to finalize the translations, and review these documents with my client, I ask that the sentencing hearing be adjourned to January 27, 28, 30, 31, or sometime thereafter.

    The Government has no objection to this request.

    Thank you for your consideration of this matter. Should require any additional information, please do not hesitate to contact me

Respectfully submitted,

s/ Louis V. Fasulo
Louis V. Fasulo, Esq.

Re:    Emily Johnson, AUSA

**225 Broadway, Suite 715**
**New York, New York 10007**
Tel (212) 566-6213
Fax (212) 566-8165

**505 Eighth Avenue, Suite 300**
**New York, New York 10018**
Tel (212) 967-0352
Fax (201) 596-2724

**Post Office Box 127**
**Tenafly, New Jersey 07670**
Tel (201) 569-1595
Fax (201) 596-2724