

FASULO BRAVERMAN & DI MAGGIO, LLP
ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY & CO

www.FBDMLaw.com
LFasulo@fbdmlaw.com

January 22, 2020

**EX-PARTE**
Hon. Jesse M. Furman
United States Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

Application GRANTED. The Clerk of Court is directed to terminate Doc. #429.

SO ORDERED.

January 22, 2020

Re:  *United States v. Vladislav Zapolskij*
     *Case No.: 16 CR 692*

Dear Judge Furman,

    I was previously assigned, pursuant to the Criminal Justice Act, to represent Vladislav Zapolskij in the above referenced matter. I respectfully request an authorization to obtain the services of associate Roberto Bettega to assist me in preparation of the defense of Mr. Zapolskij. Mr. Bettega has assisted me in visiting the client, working with an interpreter, reaching out to family abroad, and reviewing pertinent documents, all of which has been done under my supervision. To date, he has completed approximately 27.5 hours of work for this case.

    As a result, I respectfully request an Order, *nunc pro tunc,* to 07/10/19 for up to 40 hours of work by Mr. Bettega on this case so that he may obtain compensation for the work he has conducted pursuant to my representation of Vladislav Zapolskij. I ask for associate compensation at a rate of $110 per hour, pursuant to the presumptive hourly rate listed in the CJA Policy and Procedure Manual for associates who are full time employees of the firm.

    Thank you for your consideration. Should you require any additional information, please do not hesitate to contact me.

Respectfully submitted,

s/ Louis Fasulo
Louis V. Fasulo, Esq.

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

Post Office Box 127
Tenafly, New Jersey 07670
Tel (201) 569-1595
Fax (201) 596-2724